**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**JI SUNG SHIN, Defendant–Appellant.**

No. 06–10697.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008 *.

Filed Jan. 18, 2008.

USHA–Office of the U.S. Attorney, Hagatna, GU, for Plaintiff–Appellee.

Ji Sung Shin, Hagatna, GU, pro se.

Cynthia V. Ecube, Hagatna, GU, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Ji Sung Shin appeals from the 48–month sentence imposed following his guilty-plea conviction for use of a communication facility, in violation of 21 U.S.C. § 843(b). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Shin contends that his sentence is unreasonable because the district court treated the Sentencing Guidelines as mandatory and did not identify the subsection of 18 U.S.C. § 3353 on which it relied. We disagree. The record reflects that the district court considered the sentencing factors set forth in § 3553(a) and treated the Guidelines as advisory. *See Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 596–600, 169 L.Ed.2d 445 (2007).

Shin also contends that his sentence is unreasonable because it is substantially longer than the sentences imposed on three co-defendants. However, the record indicates that "the district court had a reasonable basis under the advisory Sentencing Guidelines for the difference in the sentence each received." *United States v. Plouffe,* 445 F.3d 1126, 1131–32 (9th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 2314, 164 L.Ed.2d 832 (2006).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.